# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

13 DEC 20 PM 2: 18

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>ARASH GHAHREMAN (2),<br><br>                         Defendant. | CASE NO. 13CR2577-DMS<br><br>DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

      Title 50 U.S.C. 1702 and 1705

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: December 20, 2013

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE